UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| THOMAS DANIEL COMBS, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18-cv-0001-TWP-DML |
| CLARK COUNTY JAIL, JAMEY NOEL, BRAD JONES, DIRECTOR CONLEN, SAM BEARD, SNELLING, | ) |
| Defendants. | ) |

### I. Motion for In Forma Pauperis

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **denied** as presented. The plaintiff shall have **through February 9, 2018**, in which to either pay the $400.00 filing fee for this action or demonstrate that he lacks the financial ability to do so. If he seeks leave to proceed *in forma pauperis*, his request must be accompanied by a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on January 4, 2018.

### II. Motion For Counsel

The plaintiff's motion to appoint counsel, dkt. [3], is **denied as premature.** The complaint has not been screened and the defendants have not been served. The Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel cannot be gauged." *Kadamovas v. Stevens,* 706 F.3d 843, 845 (7th Cir. 2013).

**IT IS SO ORDERED**.

Date: 1/9/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas Daniel Combs, #17566
Clark County Jail
Inmate Mail/Parcels
501 East Court Avenue
Jeffersonville, IN 47130